1

2

3

4                          UNITED STATES DISTRICT COURT
                          EASTERN DISTRICT OF WASHINGTON
5

6   United States of America,                    No. 2:15-PO-00069-JTR

7                  Plaintiff,                     Order Granting Unopposed Motion to
                                                  Dismiss Case due to Completion of
        v.                                        Pretrial Diversion Agreement
8
    Samantha J. Heath,
9
                   Defendant.
10

11         Before the Court is Defendant Samantha J. Heath's Motion to Dismiss Case due to

12   Completion of Pretrial Diversion Agreement, ECF No. 22.  The United States does not

13   object to the Motion.

14         Accordingly, **IT IS ORDERED** Defendant's Motion to Dismiss Case due to

15   Completion of Pretrial Diversion Agreement. **ECF No. 22**, is **GRANTED**.

16
           DATED April 26, 2016.
17

18

19         _____
                        JOHN T. RODGERS
20          UNITED STATES MAGISTRATE JUDGE

21

22

23

24

Order - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Order - 2